IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00236-LTB-MEH

YU KIKUMURA,

    Plaintiff,

v.

A. OSAGIE, et al.,

    Defendants.

___

ORDER OF RECUSAL

___

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Soon after the initiation of this lawsuit, this matter was referred to Magistrate Judge O. Edward Schlatter by Order of the District Court. Upon Magistrate Judge Schlatter's retirement, his caseload was reassigned to me. Pursuant to 28 U.S.C. §455(a), a Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Because I am close friends with Kurt J. Bohn, counsel of record for the Defendants, I will recuse myself. *See United States v. Murphy*, 768 F.2d 1518 (7th Cir. 1985) (if an objective observer reasonably could question the ability of the judge to act with disinterest and aloofness based upon a friendship with the prosecutor, recusal is appropriate). Consistent with this case law, I hereby recuse myself from service in this matter. I direct the Clerk of the Court to cause this matter to be reassigned by random draw to another Magistrate Judge.

DATED at Denver, Colorado, this 14th day of February, 2007.

BY THE COURT:

 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge