IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00236-LTB-KLM

YU KIKUMURA,

    Plaintiff(s),

v.

A. OSAGIE,
VAIL,
K. SANDERS,
B. GREENWOOD,
R. BAUER,
MICHAEL V. PUGH,
J. BURRELL, and
U.S.A.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Reconsideration** [Docket No. 151; filed December 11, 2007] (the "Motion").

    Plaintiff requests that this Court reconsider its August 29, 2007 Order [Docket No. 145] denying him appointment of counsel. In light of the Tenth Circuit's holding, *Kikumura v. Osagie*, 461 F.3d 1269, 1302 (10th Cir. 2006) ("We remand this case to the district court for proceedings consistent with this opinion, including reconsideration of [Plaintiff's] motion for appointment of counsel . . . .),

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to make a good faith effort to attempt to secure pro bono counsel for Plaintiff. **The court forewarns Plaintiff that it is frequently very difficult for the court to obtain pro bono counsel for litigants. Consequently, this case shall proceed in its ordinary**

**course, with Plaintiff continuing to act *pro se*, until such time as the court is able to secure counsel.**

	Dated:  December 20, 2007