IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK

Civil Case No. 03-cv-00236-LTB-KLM

YU KIKUMURA,

    Plaintiff,

v.

ANTHONY OSAGIE,
MICHAEL VAIL,
KEITH SANDERS, and
UNITED STATES OF AMERICA,

    Defendants.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulation of Dismissal (Doc 177 - filed November 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 6, 2008